UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 18-30254
Lynon Ragland )
 )  Chapter: 13
 )
 )  Honorable Jacqueline P Cox
 )
 )
Debtor(s) )

## ORDER DISALLOWING CLAIM # 5-1

THIS MATTER coming to be heard on the Debtor's Objection to Proof of Claim 5-1 Filed by Santander Consumer USA, Inc., successor in interest to Gateway One Lending & Finance, LLC.;

THE COURT, after due notice having been given and hearing thereon, having been fully advised of the matter, herein;

IT IS HEREBY ORDERED:

1. The proof of claim #5-1 is disallowed.

Enter:

*Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: November 02, 2020

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd.
4131 Main St,
Skokie, IL 60076
Phone: (847) 673-8600